# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIRATE–LIMON<br><br>      Plaintiff(s),<br><br>v.<br><br>GEORGE I. LOPEZ, et al.<br><br>      Defendant(s). | CASE NO. 2:19–cv–04748–DSF–SS<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before November 4, 2019. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: October 4, 2019                    /s/ *Dale S. Fischer*
                                               Dale S. Fischer
                                               United States District Judge