JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br>Plaintiff,<br><br>v.<br><br>GEORGE I. LOPEZ, et al.,<br>Defendants. | CV 19-4748 DSF (SSx)<br><br>Judgment |

   The Court having granted Plaintiff Raul Uriarte-Limon's Application for Default Judgment by Court against Defendants George I. Lopez, Janet M. Lopez, and Foothill Feed & Grain, Inc.,

   IT IS ORDERED AND ADJUDGED that Plaintiff is awarded $4,000 in statutory damages against Defendants George I. Lopez, Janet M. Lopez, and Foothill Feed & Grain, Inc., jointly and severally. Plaintiff is also awarded his attorneys' fees in the amount of $5,626.50 and costs of suit in the amount of $540.

   Additionally, Defendants George I. Lopez, Janet M. Lopez, and Foothill Feed & Grain, Inc. are ordered to provide accessible paths

of travel into the store located at 12600 Foothill Blvd, as well as an accessible sales counter, in compliance with the Americans with Disabilities Act Accessibility Standards.

Date: February 3, 2020

_____
Dale S. Fischer
United States District Judge